IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| H. LAURENCE REINHARD III | : | No. 18-581 |

## ORDER

**AND NOW**, this 21st day of December, 2020, upon consideration of Defendant's Motion for Modification of Conditions of Probation (Doc. No. 53), Defendant's Notice (Doc. No. 54) and Amendment to the Notice (Doc. No. 55), the Government's Response in Opposition to the Motion (Doc. No. 59), it is **ORDERED** that Defendant's Motion for Modification of Conditions of Probation (Doc. No. 53) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1